# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

_____

**P. Michael Kotasek**

    vs.                          **CASE NUMBER:**    3:06-cv-619
                                                                                (FJS/VEB)

**Commissioner of Social Security**

_____

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the March 5, 2009 Report and Recommendation of Magistrate Judge Bianchini is ADOPTED in its entirety. It is Further Ordered that the Commissioner's decision is AFFIRMED and Plaintiff's Complaint is DISMISSED.  This case is hereby closed.

All of the above pursuant to the order of the Honorable Senior United States District Court Judge Frederick J. Scullin, dated the 3rd day of June, 2009.

DATED: June 4, 2009

*[signature]*
Clerk of Court

                                                               s/
                                     Melissa Ennis
                                     Deputy Clerk